Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00935-CV

**IN THE INTEREST OF A.E.**, O.P., AND A.P., Children,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-02044
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:　　Catherine Stone, Chief Justice
　　　　　　Karen Angelini, Justice
　　　　　　Marialyn Barnard, Justice

Delivered and Filed:　March 25, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM